UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KENAN THOMPSON, | Case No. 23-cv-01364-JCS |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING PACER FEE EXEMPTION** |
| CARMAX, | Re: Dkt. No. 9 |
| Defendant. | |

Before the Court is Plaintiff Kenan Thompson's request for exemption from fees associated with use of the PACER (Public Access to Court Electronic Records) system. Dkt. No. 9. Courts may exempt individuals or groups from payment of PACER fees but should not exempt anyone who has the ability to pay such fees. *See* Electronic Public Access Fee Schedule (Dec. 1, 2013), https://www.pacer.gov/documents/epa_feesched.pdf. The Court has found that Thompson is indigent and granted his forma pauperis application on that basis. Dkt. No. 4. For the same reason, the Court finds that a Pacer fee exemption is necessary to avoid an unreasonable burden and to promote public access to information.

Accordingly, Thompson's request for a PACER fee exemption is granted. This exemption is limited to fees incurred for accessing documents filed in this case and will expire when this case is closed. Thompson must not sell or transfer any data obtained using this exemption unless expressly authorized by the Court.

**IT IS SO ORDERED.**

Dated: April 25, 2023

JOSEPH C. SPERO
United States Magistrate Judge