1

2

3

4

5                                  UNITED STATES DISTRICT COURT

6                                 NORTHERN DISTRICT OF CALIFORNIA

7      KENAN THOMPSON,                              Case No.  23-cv-01364-AMO

8                       Plaintiff,

9            v.                                      ORDER DISMISSING CASE FOR
                                                     FAILURE TO PROSECUTE
10     CARMAX,

11                      Defendant.

12           Plaintiff, proceeding *pro se*, commenced this lawsuit on March 23, 2023.  ECF 1.

13    Following an order to show cause, ECF 6, Plaintiff filed an amended complaint on April 20, 2023,

14    ECF 7.  Because the amended complaint did not cure the deficiencies identified in the order to

15    show cause, United States Magistrate Judge Joseph C. Spero issued a report and recommendation

16    that the amended complaint be dismissed, with leave to amend as to Claims Five through Eight

17    and with prejudice as to Claims One through Four.  ECF 12.  The report and recommendation

18    indicated that Plaintiff could "file an objection . . . no later than fourteen (14) days from the date

19    on which he is served a copy[.]"  The case was then reassigned to this Court.  ECF 14.  Plaintiff

20    did not file any objection to the report and recommendation.

21           On May 31, 2023, this Court adopted Judge Spero's report and recommendation, dismissed

22    the amended complaint with prejudice as to Counts One through Four, and granted Plaintiff leave

23    to file a second amended complaint, as to Claims Five through Eight, "no later than 28 days from

24    the date on which he is served with a copy of th[e] Order."  ECF 17.

25           On August 7, 2023, the Court issued an order to show cause why this case should not be

26    dismissed for failure to prosecute.  ECF 19.  Plaintiff's response to the order to show cause was

27    due by no later than August 31, 2023.  *Id.* at 2.  To date, Plaintiff has not filed a written response

28    to the order to show cause or filed a second amended complaint.  Accordingly, the Court

United States District Court
Northern District of California

DISMISSES this action WITHOUT PREJUDICE for failure to prosecute.  The Clerk is directed to enter final judgment against Plaintiff and close the file in this matter.

   **IT IS SO ORDERED.**

Dated: September 19, 2023

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California

2