UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENAN THOMPSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARMAX,<br><br>　　　　　Defendant. | Case No. 23-cv-01364-AMO<br><br>**JUDGMENT** |

　　　　On September 19, 2023, the Court issued its Order Dismissing Case for Failure to Prosecute.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment. The Clerk shall close the file in this matter.

　　　　**IT IS SO ORDERED.**

Dated: September 19, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**